IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JUDITH E. CASTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15-cv-00941-JAR |
| | ) |
| MISSOURI BAPTIST MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, being fully advised in the premises, hereby grants the Plaintiff's and Defendant's Joint Stipulation for Dismissal. Plaintiff's claims and causes of action are hereby ordered dismissed with prejudice, with each party to bear their own costs.

Dated this _20th_ Day of _September_, 2016.

_____
Judge